JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO LEVERON, | Case No. 8:22-cv-01267-RGK (MAR) |
| Plaintiff, | |
| v. | JUDGMENT |
| CITY OF SANTA ANA ET AL, | |
| Defendant(s). | |

Pursuant to the Memorandum and Order Dismissing Case, **IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

Dated:  December 8, 2022

_____
HONORABLE R. GARY KLAUSNER
United States District Judge